20600. BLAYLOCK *v.* KISTNER.

BROYLES, C. J. Under all the facts of the case as disclosed by the record, the court's judgment upon the written motion to dismiss the case was not error for any reason assigned. See, in this connection, Park's Code, § 5390; *Dean* v. *Donalson,* 2 *Ga. App.* 462 (58 S. E. 679); *Jones* v. *Eubanks,* 86 *Ga.* 616 (12 S. E. 1065).

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 7, 1930.

166

*Mann & Field, W. E. Mann,* for plaintiff in error.
*Maddox, Sapp & Maddox,* contra.